# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-1507

_____

Sharpe Holdings, Inc. a Missouri Corporation; Rita Joanne Wilson, a Missouri resident; Judi Diane Schaefer, a Missouri resident; Charles N. Sharpe, a Missouri resident; CNS Corporation, a Missouri Corporation; Ozark National Life Insurance Company, a Missouri Corporation; N.I.S. Financial Services, Inc. a Missouri Corporation; CNS International Ministries, A Missouri Non-Profit Corporation; Heartland Christian College, A Missouri Non-Profit Corporation

Plaintiffs - Appellees

v.

United States Department of Health and Human Services; United States Department of the Treasury; United States Department of Labor; Jacob J. Lew, in his official capacity as the Secretary of the United States Department of the Treasury; Thomas E. Perez, in his official capacity as the Secretary of the United States Department of Labor; Sylvia Mathews Burwell, in her official capacity as the Secretary of the United States Department of Health and Human Services

Defendants - Appellants

------------------------------

American Civil Liberties Union; American Civil Liberties Union of Missouri; Julian Bond; National Women's Law Center; American Association of University Women; American Federation of State, County and Municipal Employees; Black Women's Health Imperative; Feminist Majority Foundation; Ibis Reproductive Health; Legal Momentum; MergerWatch; NARAL Pro-Choice America; NARAL Pro-Choice Minnesota; NARAL Pro-Choice Missouri; NARAL Pro-Choice South Dakota; National Organization for Women Foundation; National Partnership for Women and Families; Planned Parenthood of the Heartland; Planned Parenthood of Kansas & Mid-Missouri; Planned Parenthood Minnesota, North Dakota, South Dakota; Planned Parenthood of the St. Louis Region and Southwest Missouri; Population Connection; Raising Women's Voices for the Health Care We Need; Service Employees' International Union; National Health Law Program; American Public Health Association; National Family Planning & Reproductive Health Association; National Women's Health Network; National Latina Institute for Reproductive Health; National Asian Pacific American Women's Forum; Asian Americans Advancing Justice; Asian Americans Advancing Justice - Los Angeles; Asian & Pacific Islander American Health Forum; Forward Together; Ipas; Sexuality Information and Education Council of the U.S.; HIV Law Project; 30 for 30 Campaign; California Women's Law Center

Amici on Behalf of Appellant(s)

Liberty, Life, and Law Foundation; Association of Gospel Rescue Missions; Prison Fellowship Ministries; Association of Christian Schools International; National Association of Evangelicals; Ethics and Religious Liberty Commission of the Southern Baptist Convention; American Bible Society; The Lutheran Church-Missouri Synod; Institutional Religious Freedom Alliance; Christian Legal Society

Amici on Behalf of Appellee(s)

------

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(2:12-cv-00092-DDN)

------

# JUDGMENT

Before WOLLMAN, COLLOTON and BENTON, Circuit Judges.

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The request regarding fees, costs, and expenses is denied without prejudice to the filing of a bill of costs under Eighth Circuit Rule 39A(b) or a motion for fees under Eighth Circuit Rule 47A.

The Court's mandate shall issue forthwith.

October 13, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans