# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SHARPE HOLDINGS, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | No. 2:12-CV-92-DDN |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, ) | |
| INC., *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION OF CNS INTERNATIONAL MINISTRIES, INC. AND HEARTLAND CHRISTIAN COLLEGE FOR COURT TO DECIDE THEIR MOTION FOR PERMANENT INJUNCTION AND DECLARATORY RELIEF WITHOUT A HEARING**

In its Supplemental Brief Regarding Plaintiffs' Motion for Permanent Injunction and Declaratory Relief (Doc. 152, filed Dec. 22, 2017), the Government stated as follows:

> In light of the Pennsylvania and California decisions, the Government is no longer advancing its mootness argument at this time. The Government also is not raising a substantive defense of the Mandate or the accommodation process with respect to Plaintiffs' Religious Freedom Restoration Act ("RFRA") challenge. As noted in the Government's opposition to Plaintiffs' motions for a preliminary injunction in Pennsylvania and California, the defendant agencies have concluded that requiring employers with sincerely held religious objections to comply with the Mandate or the accommodation process would violate RFRA.
>
> The Government takes no position on whether permanent injunctive relief is appropriate in this case.

*Id.,* p. 2.  Counsel for the Government has stated to the undersigned that it "also takes no position as to whether declaratory relief is appropriate."

Accordingly, because there is no dispute regarding the merits of Plaintiffs' Motion for Permanent Injunction and Declaratory Relief, and because there is now no mootness argument by the Government, Plaintiffs CNS International Ministries, Inc. and Heartland Christian College

respectfully move that, if the Court so desires, its decision on Plaintiffs' motion be made without a hearing, which is currently scheduled for Friday, January 26, 2018, at 2:00 p.m.

Counsel for Plaintiffs has discussed the instant motion with counsel for the Government, who has stated that the Government does not oppose it.

<div style="margin-left:50%">

Respectfully submitted,

OTTSEN, LEGGAT & BELZ, L.C.

/s/ *Timothy Belz*
Timothy Belz #MO-31808
J. Matthew Belz #MO-61088
112 South Hanley, Suite 200
St. Louis, MO 63105-3418
Phone: (314) 726-2800
Facsimile: (314) 863-3821
tbelz@olblaw.com
jmbelz@olblaw.com

Attorneys for Plaintiffs
CNS International Ministries, Inc. and
Heartland Christian College

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2018, I caused a true and correct copy of this filing to be served on counsel by means of the Court's ECF system.

<div style="margin-left:50%">

/s/*Timothy Belz*

</div>