# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| SHARPE HOLDINGS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:12 CV 92 DDN |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER VACATING HEARING

**IT IS HEREBY ORDERED** that the unopposed motion of plaintiffs for the Court to rule on pending matters without a hearing (Doc. 155) **is sustained.  The hearing previously set for Friday, January 26, 2018, is vacated.  The pending issues will be ruled without a hearing.**

　　　　　　　　　　　　　　　　　　　　/s/ David D. Noce　　　　　　　　
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Signed on January 26, 2018.